IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 7, 2011

Lyle W. Cayce
Clerk

No. 07-41041

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA AIDE DELGADO,

Defendant-Appellant.

- - - - -
Appeal from the United States District Court for the
Southern District of Texas
- - - - -

(Opinion January 19, 2011, 5 Cir., 2011, _____F.3d____)


BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK, HAYNES and GRAVES, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service
and not disqualified having voted in favor, on the Court's own
motion, to rehear this case en banc,

It is ordered that this cause shall be reheard by the court
en banc with oral argument on a date hereafter to be fixed. The
Clerk will specify a briefing schedule for the filing of
supplemental briefs.